Case 9:03-bk-12187-RR    Doc 42-1    Filed 08/12/03    Entered 08/12/03 00:00:00    Desc
Main Document    Page 1 of 9    Case Number: **ND 03-12187-RR**

FORM B9F (Chapter 11) (07/02)

| UNITED STATES BANKRUPTCY COURT | Central District of California |
|---|---|

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines
## Corporation/Partnership

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on August 5, 2003.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at 1415 State Street Santa Barbara, CA 93101-2511.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name, address)
RFB CELLULAR INC
DBA  CELLULAR ONE OF NORTHEAST MICH

2136 WEST M-32 GAYLORD, MI 49735

| Case Number:<br>ND 03-12187-RR | Social Security/Taxpayer ID Nos.:<br>22-3116100 |
|---|---|
| Attorney for Debtor(s) (name, address, telephone)<br>JEFFREY N POMERANTZ<br>PACHULSKI, STANG, ZIEHL, ET AL<br>10100 SANTA MONICA BL, #1100<br>LOS ANGELES, CA 90067 | Bankruptcy Trustee (name, address, telephone) |
| Telephone number: (310) 277-6910 | Telephone number: |

## Meeting of Creditors

Date:    **October 1, 2003**       Time:    **3:30 P.M.**

Location:    **128 East Carrillo Street, Santa Barbara, CA 93101**

## Deadline to File Proof of Claim

Proof of claim must be received by the bankruptcy clerk's office by the following deadline date.

**No deadline has yet been set.**   Notice of deadline will be sent to you at a later time.

## Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court** |
|---|---|
| U.S. Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101-2511<br>    Telephone number: (805) 884-4800 | Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
| Hours Open:<br>9:00 A.M to 4:00 P.M. | Date:<br>August 12, 2003 |

(Form Rev. 07/02: 341 B9F)                                                             42 /JMC

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the Office of the United States Trustees and by creditors*. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim against the debtor although you may retain certain lien rights. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt and may determine your lien rights. See Bankruptcy Code §1141(d). A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U.S. Bankruptcy Court, 1415 State Street, Santa Barbara, CA 93101-2511.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017. |
| **---Refer to Other Side For Important Deadlines and Notices---** ||

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>RFB CELLULAR INC | Case Number<br>ND 03-12187-RR<br><br>Credit id: | |

*03-12187-RR*

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor: | Check here if   ☐ replaces<br>this claim     ☐ amends     a previously filed claim, dated _____ | |

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Your SS #: _____ _____ _____<br>  Unpaid compensation for services performed<br>  from _____ to _____<br>      (date)                   (date) |
|---|---|
| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |

**4. Total Amount of Claim at Time Case Filed:**     $_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>  Brief Description of Collateral:<br>    ☐ Real Estate   ☐ Motor Vehicle<br>      ☐ Other_____<br>  Value of Collateral:   $_____<br><br><br><br>  Amount of arrearage and other charges at time case filed<br>included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>  Amount entitled to priority $_____<br>  Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
|---|---|

| 7. **Credits:**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form l0)(4/01)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**7. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**8. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-9           User: JMC              Page 1 of 5              Date Rcvd: Aug 12, 2003
Case: 03-12187-RR              Form ID: B9F           Total Served: 370

The following entities were served by first class mail on Aug 14, 2003.
D        RFB CELLULAR INC,   2136 WEST M-32,   GAYLORD, MI 49735
DA       JEFFREY N POMERANTZ,   PACHULSKI, STANG, ZIEHL, ET AL,   10100 SANTA MONICA BL, #1100,
           LOS ANGELES, CA 90067
1        COUNTY ASSESSOR,   COUNTY GOVERNMENT CENTER, ROOM 100,   SAN LUIS OBISPO, CA 93408
2        COUNTY TAX COLLECTOR,   P.O. BOX 357,   SANTA BARBARA, CA 93102
3        TAX COLLECTOR'S OFFICE,   COUNTY OF VENTURA,   800 SOUTH VICTORIA AVE,   VENTURA, CA 93009-0001
4        SECURITIES AND EXCHANGE COMMISSION,   5670 WILSHIRE BLVD., 11TH FLOOR,   LOS ANGELES, CA 90036
5        FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX 2952,   SACRAMENTO, CA 95812-2952
6        INTERNAL REVENUE SERVICE (HQ 5420),   P. O. BOX 99,   SAN JOSE, CA 95103-0099
7        EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
8        UNITED STATES TRUSTEE,   21051 WARNER CENTER LANE, SUITE 115,   WOODLAND HILLS, CA 91367
9        RFB CELLULAR INC,   2136 WEST M32,   GAYLORD, MI 49735
10      +ALPINE INVESTMENTS,   1 N CALLE CESAR CHAVEZ,   SUITE 200,   SANTA BARBARA, CA 93103-5617
11      +ALPINE MICHIGAN F LLC,   1 N CALLE CESAR CHAVEZ,   SUITE 200,   SANTA BARBARA, CA 93103-5617
12      +ALPINE MICHIGAN F INC,   1 N CALLE CESAR CHAVEZ,   SUITE 200,   SANTA BARBARA, CA 93103-5617
13       ALPINE HYANNIS F LLC,   I N CALLE CESAR CHAVEZ,   SUITE 200,   SANTA BARBARA, CA 93101
14       ALPINE FRESNO C LIC,   I N CALLE CESAR CHAVEZ,   SUITE 200,   SANTA BARBARA, CA 93101
15       JEFFREY N POMERANTZ ESQ,   PACHUISKI STANG 7IEHL YOUNG JONES,   10100 SANTA MONICA BLVD #1100,
           LOS ANGELES, CA 90067
16       OFFICE OF THE UNITED STATES TRUSTEE,   128 E CARRILLO STREET,   SANTA BARBARA, CA 93101
17      +2ND SOURCE WIRELESS EILEEN,   DEPT 242301,   P0 BOX 67000,   DETROIT, MI 48267-0001
18       AAT COMMUNICATIONS,   WOODBRIDGE PLACE,   517 ROUTE ONE SOUTH, STE 5000,   ISELIN, NJ 08830
19       ACE MCMILLAN HARDWARE,   RTE 3 BOX 2725,   MEMILLAN, MI 49853
20      +ALGER DELTA COOP,   SHIRLEY BOUDREA,   426N9TH5T,   GLADSTONE, MI 49837
21      +ALGER DELTA COOP,   SHIRLEY BOUDREA,   426N 9TH ST,   GLADSTONE, MI 49837-1120
22       ALLIS TOWNSHIP TREASURER,   WAYNE BERRY,   4548 HAYNER RD,   ONAWAY, MI 49765
23      +ALPENA, CITY OF,   KAREN HEBERT, TREASURER,   208 N FIRST AVE,   ALPENA, MI 49707-2864
24      +ALPENA COUNTY TREASURER,   JOELYN MCCALLUM,   720 W CHISHOIM ST STE 3,   ALPENA, MI 49707-2453
25       ALPENA MALL,   BARB WILMOT,   2380 US 23 SOUTH,   ALPENA, MI 49707
26       ALPENA MALL, LLC,   ATTN OWILLIAM WARD,   3L800 NORTH WESTERN HGHWY, STE 350,
           FARMINGTON HILL, MI 48334
27      +ALPENA NEWS PUBLISHING,   MICHELLE PILARSKI,   130 PARK PLACE P 0 BOX 367,   ALPENA, MI 49707-2828
28      +ALPENA POWER COMPANY,   ANN MILLWOAK,   3L0NSECONDAVEPOBOX 188,   ALPENA, MI 49707
29       RIPLEY ANNEX, INC,   CIO TIMOTHY WEGMEYER,   2145 LAFOREST ST,   ALPENA, MI 49707
30       ALPENA TOWNSHIP,   GENIE DIAMOND, TREASURER,   4385 US-23 NORTH,   ALPENA, MI 49707
31       ALPINE ELECTRIC CORPORATION,   SHAWNA,   P0 BOX 10651670 BARLOW ST,   TRAVERSE CITY, MI 49685
32       ALTON PRINT SERVICES,   JIM ALTON,   605 RIDGE ST, #115,   SAULT STE MARIE, MI 49783
33       AMERICAN TOTAL SEC,   116 B MAIN,   BOYNE CITY, MI 49712
34       AMERICAN TOWER, LP,   ATTN SUSAN ROSS, ACCOUNT MANAGER,   1101 PERIMETER DRIVE,
           SHAUMBURG, IL 60173
35      +AMERIGAS - ALPENA,   JOYCE O'DONNELL,   3153-A US HWY 23S,   ALPENA, MI 49707-4825
36      +AMERIGAS - CHEBOYGAN,   TINA REDMOND,   218 WATER ST,   CHEBOYGAN, MI 49721-1606
37      +AMERITECH,   BILL PAYMENT CENTER,   SAGINAW, MI 48663-0001
38       AMERITECH MICHIGAN CABS,   DEBORAH L MCBRIDE,   P0 BOX 18384075 BAY RD C-103,   SAGINAW, MI 48605
39      +BRIAN WILLIAMS,   DEPARTMENT 039101,   P0 BOX 67000,   DETROIT, MI 48267-0001
40      +AT&T POB 1308,   P0 BOX 78214,   PHOENIX, AZ 85062-8214
41      +AT&T POB 1309,   P0 BOX 78522,   PHOENIX, AZ 85062-8522
42      +AT&T POB ]310,   CUSTOMER SERV,   P0 BOX 78225,   PHOENIX, AZ 85062-8225
43      +AT&T TX,   P0 BOX 211583,   BEDFORD, TX 76095-8583
44      +AUTOMATIC DATA PROCESSING,   ROBERT GERHAYDA,   P0 BOX 2887,   TORRANCE, CA 90509-2887
45      +BANK OF AMERICA,   KATHLEEN BARNES,   POBOX 53121,   PHOENIX, AZ 85072-3121
46      +BARTLETT, PRINGLE & WOLT,   SCOTT HUDLEY,   P0 BOX 90860,   SANTA BARBARA, CA 93190-0860
47       BAY CITY HOUSING COMMISSION,   ATTN DOUGLAS RYAN,   1200 N MADISON AVE,   BAY CITY, MI 48708
48       BAY MILLS COMMUNITY - BRIMLEY,   12]40 W LAKESHORE DR,   BRIMLEY, MI 49715
49       BAY MILLS TOWNSHIP,   KRISTINE WILCOX,   1320 S WILCOX DR,   BRIMLEY, MI 49715
50       BAYSIDE INCORPORATED,   33494 S MAXTON ROAD,   DRUMMOND ISLAND, MI 49726
51       BEAVER CREEK TOWNSHIP,   VIVIAN BALMES, TREASURER,   8888 S ORAYLING RD,   URAYLING, MI 49738
52       BEST WESTERN PION,   LORI,   2635 LUDINGTION ST,   ESCANABA, MI 49829
53       BIG CREEK TOWNSHIP,   JANIS SANDERSON, TREASURER,   110 W 12TH ST,   MIO, MI 48647
54       BISHOP & ASSOCIATES,   P0 BOX 1699,   SNOHOMISH, WA 98291
55      +BOWMAN GAS COMPANY,   GUY BOWMAN,   P0 BOX 8,   GULLIVER, MI 49840-0008
56       BRIGHTSTAR,   MICHEAL PIDDLE,   625 FOREST EDGE DR,   VERNON HILLS, IL 60061
57      +BRIX GROUP, THE,   DEBBIE DOMINGEZ,   P0 BOX 31001,   PASADENA, CA 91110-0001
58       B-ROCK INC,   P 0 BOX 549,   TAWAS CITY, MI 48764
59       BURT TOWNSHIP,   JAMES SEIBERT,   P 0 BOX 430,   GRAND MARAIS, MI 49839
60       CALEDONIA TOWNSHIP,   6156N HUBBARD LAKE RD,   SPRUCE, MI 48762
61       CALIFORNIA CHAMBER OF COMMERCE,   1332 N MARKET BLVD,   SACRAMENTO, CA 95834
62       CAR QUEST AUTO PARTS,   520 S OSTEGO AVE,   GAYLORD, MI 49735
63      +CELL STAR,   SANDY SIMS,   P0 BOX 90261,   DALLAS, TX 75391-0001
64       CENTRAL MICHIGAN UNIVERSITY,   ATTN JACKIE JOHNSTON,BOX 500,   MT PLEASANT, MI 48859
65       CENTRAL TIME AND MAILING,   843 VIA ESTEBAN, STE I,   SAN LUIS OBISPO, CA 93401
66       CENTURYTEL,   CUSTOMER SERV,   P0 BOX 6000,   MARION, LA 71260
67       CENTURYTEL,   ATTN CARRIER RELATIONS MIDWEST REGION,   333 NORTH FRONT STREET,   LACROSSE, WI 54601
68       CENTURYTEL,   ATTN CARRIER RELATIONS CORPORATE MANAGE,   100 CENTURYTEL DRIVE,   MONROE, LA 71203
69      +CENTURYTEL OF UPPER MICHIGAN,   ACCESS BILLING,   P0 BOX 4065,   MONROE, LA 71211-4065
70       CHAPARRAL BUSINESS MACHINE,   LISA TERHORST,   P0 BOX 3828,   PASO ROBLES, CA 93447
71      +CHARTER COMMUNICATIONS VIII,   OPERATING,LLC,   P0 BOX 339,   OSCODA, MI 48750-0339
72       CHEBOYGAN, CITY OF,   KENNETH KWIATKOWSKI, TREASURER,   P 0 BOX 39,   CHEBOYGAN, ML 49721
73       CHEBOYGAN CHAMBER OF COMMERCE,   124 N MAIN,   CHEBOYGAN, MI 49721
74       CHEBOYGAN COUNTY TREASURER,   LINDA A CRONAN,   P 0 BOX 70,   CHEBOYGAN, MI 49721
75      +CHEBOYGAN DAILY TRIBUNE,   ACCOUNTS PAYABLE,   P 0 BOX 290,   CHEBOYGAN, MI 49721-0290
76       CHEBOYGAN RETAIL,   DAVE HOROWITZ P0 BOX 228042,   3300 ENTERPRISE PARKWAY,   BEACHWOOD, OH 44122
```

```
District/off: 0973-9          User: JMC              Page 2 of 5              Date Rcvd: Aug 12, 2003
Case: 03-12187-RR             Form ID: B9F           Total Served: 370

77            CHIPPEWA COUNTY TELE,   JENNIFER ROE,   P0 BOX 309,   BRIMLEY, MI 49715
78            CHIPPEWA TOWNSHIP TREASURER,   JANE ALEXANDER,   10655 S SALT PT RD,   ECKERMAN, MI 49728
79           +CHOICE PUBLICATIONS,   BOB JOHNSON,   P0 BOX 382,   GAYLORD, MI 49734-0382
80            CIBERNET,   ANNA YOUNG STE #800,   1250 CONNECTICUT AVE NW,   WASHINGTON, DC 20036
81            CINTAS,   DENISE KELLY,   P0 BOX 66,   TRAVERSE CITY, ML 49685--0066
82           +CITIZENS BANK,   COLLIERS INTL - ACCOUNTING,   32100 TELEGRAPH RD, STE 100,
              BINGHAM FARMS, MI 48025-2453
83           +CITIZENS INSURANCE,   DEPT 77880,   P0 BOX 77000,   DETROIT, MI 48277-0001
84            TSI - TELECOMMUNICATION SERVICES,   ROSALEE PINNOCK 12094,   12094 COLLECTIONS CENTER DR,
              CHICAGO, IL 60693
85           +CLOVERLAND ELECTRIC CO,   CUSTOMER SERV,   2916 W M 28,   DAFTER, MI 49724-9501
86           +COBANK, ACB,   NICHOLAS JEWITT,   POBOX5LLO,   DENVER, CO 80217
87            COHEN, GETTINGS, & DUNHAM, PC,   RECEIVABLES,   2200 WILSON BLVD STE 800,   ARLINGTON, VA 22201
88           +COLE RAYWID,   ANGELA GREEN,   1819 PENNSYLVANIA AVE NW STE 200,   WASHINGTON, DC 20006-3611
89            COMINS TOWNSHIP,   ELLSWORTH HANDRICH, TREASURER,   P0 BOX 190,   FAIRVIEW, MI 48621
90            COMMUNITY VOICE LTD,   JIM MACLAREN,   4901 WDAVISCT,   KINCHEBE, MI 49788
91           +R SLUSSER,   CONSUMERS ENERGY,   2400 WEISS ST,   SAGINAW, MI 48602-3890
92            COOPER OFFICE EQUIP,   7008US2&4,   GLADSTONE, MI 49837
93           +CORECOMM,   RACHEAL BECKWITH,   P 0 BOX 742594,   CINCINNATI, OH 45274-0001
94           +COX COMMUNICATIONS,   CRAIG SENIA,   P0 BOX 6058,   CYPRESS, CA 90630-0058
95            CRAWFORD COUNTY AVALAN,   KATHY,   P0 BOX 490,   GRAYLING, MI 49738
96            CRYSTAL SPRINGS WATER,   MONA OLAGUE,   3215 ROCKVIEW PLACE,   SAN LUIS OBISPO, CA 93401
97            CRYSTAL TECHNOLOGIES,   PAT FERNANDEZ,   1604 TENNESSEE AVE,   LYNN HAVEN, FL 32444
98           +CTIA,   CUSTOMER SERV,   P0 BOX 75269,   BALTIMORE, MD 21275-0001
99            CULLIGAN OFALPENA,   718 W CAMPBELL ST,   ALPENA, MI 49707
100           CULLIGAN OFPRIS ISI,   1130W 3RD STREET,   ROGERS CITY, MI 49779
101          +CUMMINS BRIDGEWAY, LLC,   DEPARTMENT # 226801,   P0 BOX 67000,   DETROIT, MI 48267-0001
102           DAFTER TOWNSHIP,   KAREEN J BROWN, TREASURER,   P0 BOX 81,   DAFTER, MI 49724
103           DAILY PRESS,   CAROL ROMPOS,   P0 BOX 828,   ESCANABA, MI 49829
104          +DATA CONTROL TECHNOLOGIES,   202 E LUDINGTON AVE,   LUDINGTON, MI 49431-2119
105           DAVES ROOF TECH,   P0 BOX 781,   ESCANABA, MI 49829
106           DAYS INN CORP,   2603 N LINCOLN RD,   ESCANABA, MI 49829
107          +DELL ACCOUNT,   DEPT 57 - 0031783970,   P0 BOX 9020,   DES MOINES, IA 50368-0001
108           DELTA DISPOSAL,   JEANNE,   P0 BOX 886,   ESCANABA, MI 49829
109          +DELUXE BUSINESS FORMS,   P 0 BOX 742572,   CINCINNATI, OH 45274-0001
110           DELVIN PRODUCTS,   310 ARBUTUS AVE,,   MANISTIQUE, MI 49854
111           DETOUR TOWNSHIP,   SHARON HAMEL,   P 0 BOX 244,   DETOUR, MI 49725
112           DIRECT SHRED,   P0 BOX 2645,   LOMPOC, CA 93438
113           DISHAW, MARJORIE,   6508 EPOUFETTE BAY RD,   BOX 64,   NAUBINWAY, MI 49762
114          +DMV CA,   P0 BOX 942894,   SACRAMENTO, CA 94294-0001
115           DON CABBLE,   P0 BOX 1870,   GAYLORD, MI 49734
116          +DOW, LOHNES, ALBERTSON,   1200 NEW HAMPSHIRE AVE NW,   STE 800,   WASHINGTON, DC 20036-6800
117           DRUMMOND ISLAND TREASURER,   GEORGIANNA POTTER,   P 0 BOX 225,   DRUMMOND ISLAND, ML 49726
118          +DTE ENERGY,   P0 BOX 2859,   DETROIT, MI 48260-0001
119          +DUN & BRADSTREET,   P0 BOX 75542,   CHICAGO, IL 60675-0001
120           DUNLEAVY, JAMES,   232 LONGWOOD AVE,   CHATHARN, NJ 07928
121          +DUNN'S BUSINESS SOLUT,   JACOB KIBER,   134 SOUTH OTSEGO PD BOX 248,   GAYLORD, MI 49735-1711
122           EDGAR GAGE,   PD BOX 924,   MUNISING, MI 49862
123           EDISON SAULT ELECTRIC,   RECEIVABLES,   725 E PORTAGE AVE,   SAULT STE MARIE, MI 49783
124           ELAN FINANCIAL SERVICES,   P0 BOX 790408,   ST LOUIS, MO 63179
125           EL-CORN SERVICES, INC,   P0 BOX 400,   MARQUETTE, MI 49855
126           ELLIOTT HEATING I COOLING,   BETTY,   P0 BOX 37,   SAULT STE MARIE, ML 49783
127           ELLIS TOWNSHIP,   JOAN ARDIS EAGLE, TREASURER,   6910 RIVER RD,   AFTON, MI 49705
128           ELMIRA TOWNSHIP,   DIANE PURGIEL, TREASURER,   1404 N TOWNLME RD,   GAYLORD, MI 49735
129           ENVIRONMENTAL PEST CONTROL,   P0 BOX 2071,   KALKASKA, MI 49646
130          +EQUIFAX CREDIT INFORMATION SERVICE,   P0 BOX 105835,   ATLANTA, GA 30348-5835
131           ESCANABA, CITY OF,   ESCANABA CITY TREASURER,   P 0 BOX 948,   ESCANABA, MI 49829
132           ESCANABA RETAIL,   DAGENAIS REAL ESTATE, INC,   1505 N LINCOLN ROAD,   ESCANABA, MI 49829
133           EVENING NEWS, THE,   BOB QUARRELL,   09 ARLINGTON STREET,   SAULT STE MARIE, ML 49783
134           FW BROADCASTING - NEWBERRY,   P O BOX,   NEWBERRY, MI 49868
135          +FEDERAL COMMUNICATIONS COMMISSIONS,   COLSON SERVICES CORP R&R OP GROUP,   447 12TH STREET, SW,
              WASHINGTON, DC 20024-2101
136          +FEDEX,   CUSTOMER SEN',   P0 BOX 1140,   MEMPHIS, TN 38101-1140
137           FELDER & STEINER, LLC,   NANCY HULL,   900 THIRD AVE,   NEW YORK, NY 10022
138           FELTON, JOHN W LAW OFFICES,   139W MAIN,   STE 301,   GAYLORD, MI 49735
139          +FIRST NATIONAL BANK OF GAYLORD,   P0 BOX 310,   GAYLORD, MI 49734-0310
140           FOX 33/WOKI,   7669 SOUTH 45 ROAD,   CADILLAC, MI 49601
141           GANNON BROADCASTING SYS INC,   BECKY ROBINSON,   6514 OLD LAKE RD,   GRAYLING, MI 49738
142           GARDEN TOWNSHIP,   SHERRY BOUDREAU, TREASURER,   P 0 BOX 209,   GARDEN, MI 49835
143          +GAYLORD GAS, INC,   CINDY SKORUPSKI,   P0 BOX 628,   GAYLORD, MI 49734-0628
144           GAYLORD GLASS,   90] N CENTER AVE, OLD 27,   GAYLORD, MI 49735
145           GAYLORD/OTSEGO CHAMBER,   RECEIVABLES,   P0 BOX 513,   GAYLORD, MI 49734
146           GALDSTONE, CITY OF,   P0 BOX 32,   GLADSTONE, MI 49837
147           GLEN'S TOWER SERVICE,   GLEN WALKER,   10861 WEST CADILLAC RD,   CADILLAC, MI 49601
148          +GOLDEN PINES,   16670 M-32 I M-33,   ATLANTA, MI 49709
149           GOURLEY TOWNSHIP,   STAPHANIE WALECHKA, TREASURER,   N 13475 CO RD 551,   WILSON, MI 49896
150           GRAYLING, CITY OF,   TERRY MCGREGOR, TREASURER,   P 0 BOX 549,   GRAYLING, MI 49738
151           GREAT LAKES ELECTRICAL CO,   157495 TILSON RD,   RUDYARD, MI 49780
152          +GREAT LAKES ENERGY,   P0 BOX 242,   HART, MI 49420
153           GREENWOOD TOWNSHIP,   PATRICIA KUBITSKEY TREASURER,   P0 BOX 129,   LEWISTON, MI 49756
154           GTE NORTH INCORPORATED,   ATTN ASSISTANT VICE PRESIDENT/ASSOCIATE,   600 HIDDEN RIDGE,
              IRVING, TX 75038
155           GTE NORTH INCORPORATED,   ATTN DIRECTOR-WHOLESALE CONTRACT,   700 HIDDEN RIDGE,   IRVING, TX 75038
156           HARBOR TOWERS, INC,   ATTN LEN PILON,   110 SOUTH FIFTH STREET,   ESCANABA, MI 49829
```

```
District/off: 0973-9               User: JMC                 Page 3 of 5                  Date Rcvd: Aug 12, 2003
Case: 03-12187-RR                  Form ID: B9F              Total Served: 370

157           HARRIS COMMUNICATIONS,   TIM PUTT MICROWAVE COMM DIV,   P0 BOX 101806,   ATLANTA, GA 30392
158           HAWORTH HEATING AND COOLING,   ROD HAWONH,   P0 BOX 1748,   GAYLORD, MI 49734
159          +HAYES TOWNSHIP,   WAYNE E TYLER, TREASURER,   7855 HAYES TOWER ROAD,   GAYLORD, MI 49735-8606
160           HEBRON TOWNSHIP,   JACK DOUGLAS, TREASURER,   13169 DOUGLAS RD,   CHEBOYGAN, MI 49721
161           HENDRICKS TOWNSHIP TREASURER,   BERNICE HOOD,   8086 TROUT LAKE RD,   NAUBINWAY, MI 49762
162          +HERALD TIMES INC,   BETH NORTON,   P0 BOX 598,   GAYLORD, MI 49734-0598
163          +HERALD TIMES INC,   BETH NORTON,   PD BOX 598,   GAYLORD, MI 49734
164          +HIAWATHA TELEPHONE CO,   ED MATTSON, MANAGER,   108 W SUPERIOR STREET,   MUNISING, MI 49862-1124
165           HOHOLIK ENTERPRISES,   TORI HENRY,   135 CHIPPEWA AVE,   MANISTIQUE, MI 49854
166           HUDSON TOWNSHIP,   SHARON JEPSEN, TREASURER,   6855 REYNOLDS RD,   ELMIRA, MI 49730
167           ILLUMINET IA VERSIGNE COMPANY,   DOT WEBB P 0 BOX 2909,   450 INTELCO LOOP SE,   OLYMPIA, WA 98507
169          +LOS CAPITAL,   RECEIVABLES,   P0 BOX 650073,   DALLAS, TX 75265-0073
170           J & R SERVICES,   3752 W HAWKS,   HAWKS, MI 49743
171           J AND L CAMERA,   131 WERIEST,   ROGERS CITY, MI 49779
172           JACQUES INVESTMENTS,   GOOD MANAGEMENT CO,   I N CALLE CESAR CHAVEZ, #230A,
              SANTA BARBARA, CA 93103
173           JE JOHNSON CONTRACTING,   318 CAVANAUGH,   ALPENA, MI 49707
174           JERRY'S MARATHON,   JERRY PERREAULT,   2301 LUDINGTON STREET,   ESCANABA, MI 49829
175          +JEWELL'S DISPOSAL,   LINDA JEWELL,   9328 SALINA RD,   POSEN, MI 49776-9216
176           JIMMIE GARANTS PARTY STORE,   1226 W CHISHOIM,   ALPENA, MI 49707
177           JOHN F WATKINS, JR,   CIO WILLIARN SCHWIDERSON,   10211 SOUTH BOUND ROAD,   DAFIER, MI 49724
178           JOHNSON OIL,   CLIFF,   P0 BOX 629,   GAYLORD, MI 49734
179           JOHNSTON, CAROLE TREASURER,   890 S EVERETT RD,   HARRISVILLE, MI 48740
180          +KELLY SERVICES,   ANGELA VALYO,   1212 SOLUTIONS CENTER,   CHICAGO, IL 60677-1002
181           KENNETH TOBIAS,   P0 BOX 92,   DAFIER, MI 49724
182           KEWADIN CASINOS, INNS & HOTEL,   JEFFREY BRIDGES,   2186 SKUNK RD,   SAULT STE MARIE, ML 49783
183           KINROSS TOWNSHIP,   VICKI ULRICH,   P0 BOX 175,   KINROSS, MI 49752
184           KOPEC CONSTRUCTION CO LLC,   5740W M-61,   GLADWIN, MI 48624
185           LAKELAND TOWER LEASING,   5280 CEDAR RUN RD,   TRAVERSE CITY, MI 49684
186           LANGE VENDING INC,   BONNIE LANGE,   P0 BOX 668,   GRAYLING, MI 49738
187           LARRYS SNOWPLOW & LAWN,   LARRY BERGEY,   2007 RAMONA,   GAYLORD, MI 49735
188           LE SAULT DE ST MARIE HISTORICAL,   C M HENDRICKSON,   501 E WATER STREET,
              SAULT STE MARIE, MI 49783
189           LISTVAN INC,   JUDY PHILLIPS,   1092 ANNA DRIVE,   GAYLORD, MI 49735
190           LIVINGSTON TOWNSHIP,   KAREN DARNER,   4837 OLD 27 NO,   GAYLORD, MI 49735
191           LOVELLS TOWNSHIP,   8405 TWIN BRIDGE RD,   GRAYLING, MI 49738
192           LUKAS, NACE, GUTIERREZ, SACHS,   1111 L9THSTNW,   STE 1200,   WASHINGTON, DC 20036
193           MIO COMM,   51 NMT TOM ROAD,   MIO, MI 48647
194           MACNEIL, RAY J PC,   139 W MAIN STREET, STE 201,   GAYLORD, MI 49735
195           MACKINAC ISLAND CITY TREASURER,   DOROTHY DEHRING,   P0 BOX 187,   MACKINAC ISLAND, MR 49757
196           MACKINAW TOWNSHIP,   SHARON L TORSKY, TREASURER,   P0 BOX 235,   MACKINAW CITY, MI 49701
197           MANISTIQUE TOWNSHIP TREASURER,   MARSHA KIARICH,   RTE 1,BOX 1771,   MANISTIQUE, MI 49854
198           MAPLE FOREST TOWNSHIP,   DENISE M BABBITT, TREASURER,   9976 N PETERSEN RD,   FREDERIC, MI 49733
199           MARCONI,   SAMANTHA GORHAM,   22405 NETWORK PLACE,   CHICAGO, IL 60673
200           MATHAIS TOWNSHIP,   CAROL ATHERTON, TREASURER,   PD BOX 159,   TRENARY, MI 49891
201           MELEOD'S WINDOW CLEAN,   4005 LAKE MANUKA RD,   GAYLORD, MI 49735
202           MCMILLAN TOWNSHIP,   PETER VILLEMURE, TREASURER,   P 0 BOX 442,   NEWBERRY, MI 49868
203           MENAMARA INSURANCE AGENCY,   DONNA 114 NORTH COURT,   PD BOX 666,   GAYLORD, MI 49734
204           MICHAYWE OWNERS ASSOCIATION,   1535 OPAL LAKE ROAD,   GAYLORD, MI 49735
205           MICHIGAN TELECOM,   MARIAN VISAER,   9460 W LONG LAKE RD,   ALPENA, MI 49707
206           MIDWEST SOUND & SECURITY,   323 DEER ST,   MANISTIQUE, MI 49854
207           MILLER OFFICE MACHINES,   3064 TRASC LK ROAD,   LINCOLN, MI 48742
208           MIO SPORTS SHOP,   P 0 BOX 88,   MIO, MI 48647
209           MITCHELL, TOWNSHIP OF,   CATHRYN PALMER, TREASURER,   7430 W M-72,   CURRAN, MI 48728
210           MOLTKE TOWNSHIP,   JANIS LITTLE, TREASURER,   7028 M-68 HWY,   ROGERS CITY, MI 49779
211           MONTE'S SOFTCLOTH AUTOWASH,   850 PETOSKEY,   CHARLEVOIX, MI 49720
212           MONTMORENCY, TOWNSHIP OF,   DARLENE KLEIN, TREASURER,   P0 BOX 457,   HILIMAN, MI 49746
213          +MORNING STAR/GRND TRV NCWSP,   SUE BONSTELLE,   P 0 BOX 794,   MT PLEASANT, MI 48804-0794
214          +MOTOROLA CELL INFORMATION GROUP,   TAMI FLEJICKINEN,   P 0 BOX 70309,   CHICAGO, IL 60673-0001
215           MUELLER TOWNSHIP TREASURER,   GRACE JONES,   RTE 1, BOX 151,   GULLIVER, MI 49840
216           MUNISING, CITY OF,   TREASURER,   100 W MUNISING AVE,   MUNISING, MI 49862
217           MUNISING NEWS, TBC,   PD BOX 38,   MUNISING, MI 49862
218           NAHMA TOWNSHIP,   BETTY DENESSEN, TREASURER,   8852 LI ROAD,   RAPID RIVER, MI 49878
219          +NATIONAL CAREERS CORPORATION,   RECIEVABLES,   1300 B SANTA BARBARA ST,
              SANTA BARBARA, CA 93101-6038
220          +NATIONAL CELL INVESTORS,   MICHELLE WARNER,   P0 BOX 99363,   FORT WORTH, TX 76199-0001
221          +NATIONAL CITY BANK,   JEFFERY DRUDE,   P0 BOX 5756,   CLEVELAND, OH 44101-0756
222           NATIONAL OFFICE PRODUCTS,   P0 BOX 610,   SAULT STE MARIE, MI 49783
223          +NATIONAL TELEMANAGEMENT CORP,   NIEHOLE PHAM,   P 0 BOX 226467,   DALLAS, TX 75222-6467
224          +NATIONAL YELLOW PAGE SERV, INC,   DAN GARROW,   P0 BOX 697,   CLEBUME, TX 76033-0697
225          +NBANC,   P0 BOX 371008,   PITTSBURGH, PA 15251-7008
226          +NECA,   JEFF HENDERSON,   P0 BOX 360090,   PITTSBURGH, PA 15251-6090
227           NENA,   TOYA MACK,   DEPT 911,   COLUMBUS, OH 43218
228          +NEUSTAR, INC,   CUSTOMER SERV,   P0 BOX 403034,   ATLANTA, GA 30384-0001
229           NEWBERRY NEWS,   316 NEWBERRY AVE,   P0 BOX 46,   NEWBERRY, MI 49868
230           NEWBERRY RETAIL,   JOHN AND LINDA BLANCHARD,   27402 CO RD 436,   MCMILLAN, MI 49853
231           NEWBERRY VILLAGE,   CYNDI MCBRIDE, TREASURER,   307 E MCMILLAN AVE,   NEWBERRY, MI 49868
232           NEWBERRY WATER & LIGHT,   BEVERLY BURTON,   307 F MCMILLAN,   NEWBERRY, MI 49868
233           NEWTON TOWNSHIP TREASURER,   MARILYN STRICKLAND,   N6]35 BRAWLEY RD,   GOULD CITY, MI 49838
234          +PHILLIPS NIZER LLP,   666 FIFTH AVE,   NEW YORK, NY 10103-0001
235           NORTHERN GREAT LAKES,   P0 BOX 630,   ONAWAY, MI 49765
236           NORTHERN LINEN CO INC,   P0 BOX 353,   SAULT STE MARIE, MI 49783
237           NORTHERN RADIO, INC,   STACY RASEHE,   1491 M-32 WEST,   ALPENA, MI 49707
238           NORTHERN STAR BROADCASTING INC,   CHRIS MONK,   3183 LOGAN VALLEY RD,   TRAVERSE CITY, MI 49684
```

```
District/off: 0973-9              User: JMC                     Page 4 of 5                    Date Rcvd: Aug 12, 2003
Case: 03-12187-RR                 Form ID: B9F                  Total Served: 370

239          +OFFICE DEPOT,   P 0 BOX 70025,   SANTA ANA, CA 92725-0001
240           OFFICE FURNITURE STORAGE,   SANDERCOCK TRANSFER CO, INC,   1708 BEACH ST,
              SAN LUIS OBISPO, CA 93401
241          +OFFICE MAX,   DEPT 58-3601790164,   P0 BOX 9020,   DES MOINES, IA 50368-0001
242           ONAWAY OUTLOOK - ONAWAY,   20572 WASHINGTON AVE,   P0 BOX 176,   ONAWAY, MI 49765
243           OSCODA COUNTY TREASURER,   CHARLES BOHUNGER,   P 0 BOX 399,   MIO, ML 48647
244           OTSEGO COUNTY,   CIO LAMBEN L CHARD,   225 W MAIN, ROOM 202,   GAYLORD, MI 49735
245           OTSEGO LAKE AMERICAN VOWER, LP,   ATTN SUSAN ROSS, ACCOUNT MANAGER,   1101 PERIMETER DRIVE,
              SHAUMBURG, IL 60173
246           OTSEGO LAKE SERVICE,   JERMEY HOOGERHYDE,   3975 OLD 27 S,   GAYLORD, MI 49735
247           OTSEGO LAKE TOWNSHIP,   SUZANNE WHYTE, TREASURER,   P0 BOX 3038,   GAYLORD, MI 49734
248           OWLS,   MIKE PLATTE,   2284 N TOWNUNE RD,   GAYLORD, MI 49735
249          +PACIFIC BELL,   PAYMENT CENTER,   SACRAMENTO, CA 95887-0001
250          +PACIFIC GAS & ELECTRIC,   CUSTOMER SEN',   P0 BOX 997300,   SACRAMENTO, CA 95899-0001
251           PARTNERS COMMUNICATION,   210 ASHUN ST,   SAULT STE MARIE, ML 49783
252           PATRIOT STEEL & FABRICATION, INC,   P0 BOX 1664,   GAYLORD, MI 49734
253          +PBCC,   CUSTOMER SEN',   P0 BOX 856460,   LOUISVILLE, KY 40285-6460
254           PD PROGRESSIVE CONCEPTS, INC,   PAT DOUGHER,   5718 AIRPORT FREEWAY,   FORTWORTH, TX 76117
255           PENTLAND TOWNSHIP,   FRED WATSON,   13105 CO RD 400,   NEWBERRY, MI 49868
256           PICKFORD TOWNSHIP TREASURER,   PEGGY MCCONKEY,   P 0 BOX 456,   PICKFORD, MI 49774
257          +PINNACLE TOWERS, INC,   P0 BOX 550094,   TAMPA, FL 33655-0001
258           PIONEER TRIBUNE, INC,   LISA DEMERS,   212 WALNUT ST,   MANISTIQUE, MI 49854
259          +PITNEY BOWES,   P0 BOX 856390,   LOUISVILLE, KY 40285-6390
260          +PLANTE & MORAN,   P0 BOX 79001,   DRAWER 2003,   DETROIT, MI 48279-0001
261          +PRESQUE ISLE GAS & ELEC,   MICHELE MILBOCKER,   PD BOX 308,   ONAWAY, MI 49765
262           PRESQILE ISLE NEWSPAPERS, INC,   RICHARD LAMB,   P0 BOX 50,   ROGERS CITY, MI 49779
263           PROSERVE INC,   P0 BOX 314,   ESCANABA, MI 49829
264          +PROTECTION ONE,   P0 BOX 78646,   DEPARTMENT N,   PHOENIX, AZ 85062-8646
265           PROTRONICS,   11924U523 S,   OSSINEKE, MI 49766
266          +PURCHASE POWER,   P 0 BOX 856042,   LOUISVILLE, KY 40285-6042
267           QUALITY INN,   SUSAN DAVIS,   137 WEST STREET,   GAYLORD, MI 49735
268          +QUALITY WATER SPECIALISTS,   STEVE NASER,   P0 BOX 460,   POWERS, MI 49874-0460
269          +QUILL CORPORATION,   RECEIVABLES,   P0 BOX 94081,   PALATINE, IL 60094-4081
270          +QWEST - BUSINESS,   P0 BOX 85669,   LOUISVILLE, KY 40285-5669
271          +QWEST - COMMERCIAL,   COMMERCIAL SERVICES,   P 0 BOX 856023,   LOUISVILLE, KY 40285-6023
272           RABER TOWNSHIP,   SHERRY POSTULA, TREASURER,   P 0 BOX 208,   QOETZVILLE, MI 49736
273           RADIO RESULTS NETWORK WGLD,   MARE TALL,   524 LUDINGTON ST STE 300,   ESCANABA, MI 49829
274           RANGE TELECOMMUNICATIONS,   2342 US 41 WEST,   MARQUETTE, MI 49855
275          +RAYMOND AND PROKOP,   LYNN BRIMER P0 BOX 5058,   26300 NWSTRN HWY, 4TH FLOOR,   SOUTHFIELD, MI 48086
276           RDC NOMINEE TRUST,   19 DUPONT AVE,   SOUTH YARMOUTH, MA 02664
277           RELING, MIKE,   272 RAMBLEWOOD,   GAYLORD, MI 49735
278           RENT A MAID, INC,   P0 BOX 432,   ESCANABA, MI 49829
279           RESIDENTIAL EXCAVATING,   WILLIAM D SMITH,   P 0 BOX 309,   WATERS, MI 49797
280           RICHER'S REFRIG & AIR,   RECEIVABLES,   2803 DANFORTH RD,   ESCANABA, MI 49829
281          +RICOH LEASING,   CUSTOMER SERV,   P0 BOX 41601,   PHILADELPHIA, PA 19101-1601
282           ROBS SERVICE AND SALES,   2601 ASHMUN ST,   SAULT STE MARIE, MI 49783
283           ROGER DUFFINEY,   534 MACKINAW AVE,   CHEBOYGAN, MI 49721
284           ROGERS CITY, CITY OF,   193 E MICHIGAN AVE,   ROGERS CITY, MI 49779
285           TSI COMMUNICATIONS,   ROSALEE PINNOCK LB# 12094,   12094 COLLECTION CENTER DR,   CHICAGO, IL 60693
286           RRRICK'S PAWN SHOP,   810 ASHMUM ST,   SAULT STE MARIE, MI 49783
287           RUDYARD TOWNSHIP,   JANET MAYER, TREASURER,   P 0 BOX 277,   RUDYARD, MI 49780
288           RUSSELL, DON,   206 BLANCA AVE,   TAMPA, FL 33606
289           RUST TOWNSHIP,   TREASURER,   9395 FARRIER RD,   HILIMAN, MI 49746
290           SANDERCOCK TRANSFER CO, INC,   BILL THOMING,   1708 BEACH ST,   SAN LUIS OBISPO, CA 93401
291          +SANTA BARBARA NEWS-PRESS,   PD BOX 1359,   SANTA BARBARA, CA 93102
292           SAULT STE MARIE, CITY OF,   WILMA,   325 COURT ST,   SAULT STE MARIE, ML 49783
293           SAULT AREA CHAMBER OF COMMERCE,   25811-75 BUSINESS SPUR,   SAULT STE MARIE, MI 49783
294           SAULT STE MAIRE KIWAINIS CLUB,   P0 BOX 371,   SAULT STE MARIE, ML 49783
295           SAULT STE MARIE RETAIL CHIPPEWA,   RONALD J CALERY,   524 ASHMUN STREET P0 BOX 70,
              SAULT STE MARIE, ML 49783
296          +SBC,   DEBBIE,   P 0 BOX 5072,   SAGINAW, MI 48605-5072
297          +SBC CALIFORNIA,   PAYMENT CENTER,   SACRAMENTO, CA 95817
298          +SBC CONTRACT ADMINISTRATION,   311 SOUTH AKARD 9TH L:IOOR,   FOUR BELL PLAZA,   DALLAS, TX 75202
299          +SBC PAGING,   SHERYL FRANKS,   P0 BOX 5087,   SAGINAW, MI 48605-5087
300           SCHOOLCRAFT COUNTY OH OF COMM,   1000 W LAKESHORE DR,   MANISTIQUE, MI 49854
301           SCOTT VANLUCHENE,   1976 ESTELLE RD,   GAYLORD, MI 49735
302          +SEMCO ENERGY,   P0 BOX 79001,   DETROIT, MI 48279-0001
303           SENEY TOWNSHIP,   DALE FRANK,   P0 BOX 55,   SENEY, MI 49883
304           SERVICE MASTER CORP,   PAT MEFLENRY,   128 E GRANT ST,   ALPENA, MI 49707
305           SHUTE OIL,   MICHELLE,   P0 BOX 307,   RUDYARD, MI 49780
306           SOFIECH INC,   P0 BOX 1346,   ROSEBURG, OR 97470
307           SOMERA COMMUNICATIONS, LLC,   KIM BURNS,   DEPARTMENT# 1521,   LOS ANGLES, CA 90084
308           SONDEE RACINE & DOREN PLC,   MARGERET SCOTT,   310 WEST FRONT ST, STE 300,
              TRAVERSE CITY, ML 49684--2204
309           SOO TOWNSHIP TREASURER,   CHERYL THORESEN,   5227 5 SCENIC DR,   SAULT STE MARIE, MI 49783
310          +SOUTHERN CALIFOTNIA EDISON,   P0 BOX 600,   ROSEMEAD, CA 91771-0001
311           SPECIALIZED SITE DESIGN,   BOBBIE RUTHJENS,   P0 BOX 322,   CHARLEVOIX, MI 49720
312           SSM HISTORICAL SOCIETY,   501 E WATER STREET,   SAULT STE MARIE, MI 49783
313           ST IGNACE, CITY OF,   CITY MANAGER,   396 N STATE ST,   ST IGNACE, MI 49781
314           ST IGNACE CHAMBER OF COMMERCE,   560 N STATE ST,   ST LGNACE, MI 49781
315          +ST IGNACE NEWS,   MARY MAURER,   P 0 BOX 277,   ST IGNACE, MI 49781-0277
316           ST IGNACE RETAIL,   BALSAM SHOPS, INC,   C RONALD DUFINA P0 BOX 495,   MACKINAC ISLAND, MI 49757
317           ST IGNACE TOWNSHIP TREASURER,   SHERYL SCHAIRER,   793 W LANT RD,   ST IGNACE, MI 49781
318           STARTEL,   17661 COWANAVE,   IRVINE, CA 92714
```

```
District/off: 0973-9          User: JMC              Page 5 of 5              Date Rcvd: Aug 12, 2003
Case: 03-12187-RR             Form ID: B9F           Total Served: 370

319         STRICKLAND, MARILYN,   N6135 BRAWLEY RD,   GOULD CITY, MI 49838
320         SUN TELECOM INTERNATIONAL,   SUNNY SOH,   11351 DECIMAL DR,   LOUISVILLE, KY 40299
321         SUPERIOR SPECTRUNI,   620 S LAKE ST,   MARQUETTE, MI 49855
322         SUPERIOR SPECTRUM,   DEAN BORLACE,   620 S LAKE ST,   MARQUETTE, MI 49855
323        +TAB PRODUCTS, CO,   RECEIVABLES,   135 S LASALLE DEPT 3736,   CHICAGO, IL 60674-0001
324         TAHQUARNENON AREA SCHOOL,   700 NEWBERRY AVE,   NEWBERRY, MI 49868
325        +TDS TELECOM,   P0 BOX 1022,   MONROE, WI 53566-8122
326         TELULAR CORP,   SHARON SUMMY,   647 N LAKEVIEW PKWY,   VERNON HILLS, IL 60061
327         TESSCO, INC,   ED LUCHONICZ,   P0 BOX 631091,   BALTIMORE, MD 21263
328         THOMPSON TOWNSHIP TREASURER,   LISA BOUDREAU,   RTE 2, BOX 2601,   MANISTIQUE, MI 49854
329         THUNDERBAY SHORES MARINA,   400 E CHISHOIM,   ALPENA, MI 49707
330         TIMBERTOWN VIDEO,   2963 KNEELAND,   LEWISTON, MI 49756
331        +TIME WARNER TELECOM,   CUSTOMER SERV,   DEPTCH 10118,   PALATINE, IL 60055-0001
332         TOTAL AUDIO ENGINEERING,   RYAN CHARBONEAU,   3687 OLD 27 SOUTH, STE 4,   GAYLORD, MI 49735
333         TOTAL AUDIO,   3687 OLD 27 5, STE 4,   GAYLORD, MI 49735
334         TOWER AMERICA,   ATTN KAY MILES,   3300 UNIVERSITY, STE 625,   CORAL SPRINGS, FL 33065
335        +TRANSFINIT CLEANING,   P0 BOX 125,   DAFIER, MI 49724-0125
336         TN-COUNTY OFFICE FURNITURE,,   DIANE,   230 SANTA BARBARA ST,   SANTA BARBARA, CA 93101
337         TRUE VALUE HARDWARE,   1104 LUDINGTON ST,   ESCANABA, MI 49829
338         TRUGREEN CHEMLAWN,   SUZY MESSMEN,   P0 BOX 87,   WILLIAMSBURG, MI 49690
339         TRUMAN, PATRICIA,   2240 SOMERS RD,   LINCOLN, MI 48742
340         TSI COMMUNICATIONS,   ROSALEE PINNOCK LOCKBOX 1 2094,   12094 COLLECTION CTR DR,   CHICAGO, IL 60693
341         UP BUSINESS TODAY,   CONNIE BPPENHOFER,   P0 BOX 828,   EXCANABA, MI 49829
342        +UNITED PARCEL SERVICE,   CUSTOMER SEN,   LOCKBOX 577,   CAROL STREAM, IL 60132-0001
343         UNIVERSAL SERVICE ADMIN CO,   135 LA SALLE, DEPT 1259,   CHICAGO, IL 60674
344        +UPPER PENINSULA POWER,   RECEIVABLES,   P0 BOX 19076,   GREEN BAY, WI 54307-9076
345        +UPPER PENINSULA TELEPHONE COMPANY,   ATTN CALVIN E MATTHEWS,   397 N US HGHWY 41 P0 BOX 86,
              CARNEY, MI 49812-9757
346        +VERISIGRI/NATIONAL TELE CORP,   IRIS THORNTON,   P 0 BOX 226467,   DALLAS, TX 75222-6467
347        +VERIZON CALIFORNIA CA,   P0 BOX 30001,   INGLEWOOD, CA 90313-0001
348         VERIZON NORTH GA,   DALORIS DAVIS,   P0 BOX 101687,   ATLANTA, GA 30392
349         VERIZON NORTH INC,   100 BXECUTIVE DRIVE,   MARION, 0H 43302
350        +VERIZON NORTH MD,   DALORIS DAVIS,   PD BOX 101687,   ATLANTA, GA 30392
351        +VERIZON NORTH TX,   P 0 BOX 920041,   DALLAS, TX 75392-0001
352        +VERIZON WIRELESS,   GREAT LAKES,   PD BOX 790292,   ST LOUISE, MO 63179
353        +VERIZON WIRELESS CA,   JOHN ALLEN,   P0 BOX 4001,   INGLEWOOD, CA 90313-0001
354         VIENNA TOWNSHIP TREASURCR,   JANET BLACK,   9610 MATHEWS RD,   ATLANTA, MI 49709
355        +WALTER BROS,   P0 BOX 809,   LUIS OBISPO, CA 93406-0809
356        +WASTE MANAGEMENT, INC,   DEPT 165401,   P0 BOX 90001054,   LOUISVILLE, KY 40290-0001
357        +WE ENERGIES,   CUSTOMER SERV,   P 0 BOX 2089,   MILWAUKEE, WI 53201-2089
358         WERTH ELECTRIC, INC,   2145 LAFOREST,   ALPENA, MI 49707
359         WHITEFISH TOWNSHIP,   P 0 BOX 69,   PARADISE, MI 49768
360         WIRELESS ONE,   21101 OSBORNE STREET,   CANOGA PARK, CA 91304
361         WMJZ CORP,   KAY BURSON,   P0 BOX 1766,   GAYLORD, MI 49734
362         WMXG 1063 FM,   1 LOLA LUDINGTON STREET,   ESCANABA, MI 49829
363         WNBY RADIO, INC,   CINDY FEUTZ,   P0 BOX 501,   NEWBERRY, MI 49868
364         WSUE 1O13FM WSOO,   BVA RIDDLE,   P0 BOX 1230,   SAULT STE MARIE, MI 49783
365         WYKX-FM 1047,   JULIE SARGENT,   604 LUDINGTON ST,   ESCANABA, MI 49829
366         YES MARATHON MEDIA INC,   LINDA GARLITZ,   1402 ASHMUN ST,   SAULT STE MARIE, MI 49783
367         ZIEBERT TIDY CAR,   2673 US 23 S,   ALPENA, MI 49707
368        +VERIZON COMMUNICATIONS INC.,   C/O FRANK WHITE & DARRYL LADDIN,   2800 ONE ATLANTIC CTR.,
              ATLANTA, GA 30309

The following entities were served by electronic transmission on Aug 12, 2003 and receipt of the transmission
was confirmed on:
45         +EDI: BANKAMER.COM Aug 12 2003 21:54:00     BANK OF AMERICA,   KATHLEEN BARNES,   POBOX 53121,
              PHOENIX, AZ 85072-3121
168        +EDI: IRS.COM Aug 12 2003 21:54:00     INTERNAL REVENUE SERVICE,   P O BOX,
              CINCINNATI, OH 45999-0001
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Aug 14, 2003**                    **Signature:**    *Joseph Speetjens*